

**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr. (MV 4219)
Raymond M. Patella (RP 6161)
Brian R. Isen (BI 9738)
1301 Atlantic Ave, Suite 400
Atlantic City, NJ 08401
609-348-4515/fax 609-348-6834
mviscount@foxrothschild.com
rpatella@foxrothschild.com
bisen@foxrothschild.com
*Attorneys for the Debtor*
*and Debtor-in-Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| OYSTER CREEK INN, INC. | Case No. 13-22624 (GMB) |
| Debtor. | |
| OYSTER CREEK INN, INC., | Adv. Pro. No. 13-01841 (GMB) |
| Plaintiff, | |
| v. | |
| RICHARD SIMON, TRUSTEE, JOHN DOE(s) and ABC CORP., | |
| Defendants. | |

**ORDER DENYING DEFENDANT, RICHARD SIMON, TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF, OYSTER CREEK INN, INC.'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

The relief set forth on the following page(s) numbered 2 is hereby **ORDERED.**

**DATED: 2/13/2014**

*Gloria M. Burns, Chief Judge*
United States Bankruptcy Court Judge

DEBTOR: Oyster Creek Inn, Inc.
CASE NO: 13-01841 (GMB)
CAPTION OF ORDER: Order Denying Defendant, Richard Simon Trustee's Motion for Summary Judgment and denying Plaintiff, Oyster Creek Inn, Inc.'s Cross-Motion for Partial Summary Judgment.

This matter came before the Court on the motion for summary judgment of Richard Simon, Trustee (the "Simon Motion") and the partial cross-motion for summary judgment of Oyster Creek Inn, Inc. (the "Debtor's Cross-Motion"); and it appearing that the Court has jurisdiction over this matter; and it appearing that service of the Simon Motion and the Debtor's Cross-Motion as set forth therein is sufficient under the circumstances, and that no other or further service need be provided; and it further appearing that the Court having rendered an oral decision on the Simon Motion and the Debtor's Cross-Motion on January 29, 2014, and for the reasons set forth on the record;

It is hereby ORDERED that

1. The Simon Motion is DENIED.

2. The Debtor's Cross-Motion is DENIED.

*Approved by Judge Gloria M. Burns February 13, 2014*